**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Delaware
                                (State)

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Off Lease Only Parent LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 4 – 2 7 3 2 7 5 3 |

4. **Debtor's address**

**Principal place of business**

1200 S. Congress Ave.
Number    Street

_____

Palm Springs        FL      33406
City                State    ZIP Code

Palm Beach County
County

**Mailing address, if different from principal place of business**

_____
Number    Street

P.O. Box

_____
City        State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City        State    ZIP Code

5. **Debtor's website** (URL)    www.offleaseonly.com

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor   Off Lease Only Parent LLC _____   Case number (*if known*)_____
         Name

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    4   4   1   1

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**  A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor __Off Lease Only Parent LLC_____     Case number (*if known*)_____
      <sub>Name</sub>

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____ When _____ Case number _____
                                                      MM / DD / YYYY

          District _____ When _____ Case number _____
                                                      MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor __See attached Schedule 1__     Relationship __Affiliate/Subsidiary__
           District _____     When _____
                                                                       MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                  Number      Street

    _____
    _____ _____ _____
    City                                        State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name    _____
            Phone             _____

---

| **Statistical and administrative information** |
|---|

Debtor   Off Lease Only Parent LLC
        Name                                                      Case number (*if known*)_____

---

13. **Debtor's estimation of available funds**

    Check one:

    ☒ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

14. **Estimated number of creditors**

    | | | |
    |---|---|---|
    | ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
    | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
    | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
    | ☐ 200-999 | | |

---

15. **Estimated assets**

    | | | |
    |---|---|---|
    | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
    | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
    | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
    | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

16. **Estimated liabilities**

    | | | |
    |---|---|---|
    | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
    | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
    | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
    | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  09/07/2023
                 MM / DD / YYYY

    ✗ /s/ Leland Wilson                                    Leland Wilson
    Signature of authorized representative of debtor       Printed name

    Title  Chief Executive Officer

---

Debtor    Off Lease Only Parent LLC
          Name                                                          Case number (if known)_____

**18. Signature of attorney**   ✗ /s/ Laura Davis Jones                Date   09/07/2023
                                Signature of attorney for debtor              MM / DD / YYYY

                                Laura Davis Jones
                                Printed name

                                Pachulski Stang Ziehl & Jones LLP
                                Firm name

                                919 North Market Street - 17th Floor
                                Number    Street

                                Wilmington                              DE        19801
                                City                                    State     ZIP Code

                                (302) 778-6401                          ljones@pszjlaw.com
                                Contact phone                           Email address

                                2436                                    DE
                                Bar number                              State

**19. Signature of attorney**   ✗ /s/ Brian S. Rosen                   Date   09/07/2023
                                Signature of attorney for debtor              MM / DD / YYYY

                                Brian S. Rosen
                                Printed name

                                Proskauer Rose LLP
                                Firm name

                                Eleven Times Square
                                Number    Street

                                New York                                NY        10036
                                City                                    State     ZIP Code

                                (212) 969-3000                          brosen@proskauer.com
                                Contact phone                           Email address

                                2011534                                 NY
                                Bar number                              State

**Schedule 1**

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the number assigned to the chapter 11 case of Off Lease Only, LLC.

Off Lease Only LLC

Off Lease Only Parent LLC

Colo Real Estate Holdings LLC

## OFF LESE ONLY PARENT
## SECRETARY'S CERTIFICATE

I, James B. Pyle, am the duly elected, qualified and acting Secretary of Off Lease Only Parent LLC, a Delaware limited liability company (the "Company"), and in such capacity, I have access to and the authority to certify the books and records of the Company. I hereby certify that Exhibit A attached hereto is a true and correct copy of the resolutions adopted at a meeting of the Board of Managers of the Company, which resolutions have not been in any way revoked or rescinded since their adoption and remain in full force and effect as of the date hereof:

IN WITNESS WHEREOF, I have hereunto subscribed my name this 7th day of September 2023

                                                                              James B. Pyle
                                                                              General Counsel and Secretary

EXHIBIT A

## APPROVAL OF CHAPTER 11 PETITIONS

**WHEREAS,** on July 27, 2023, Michael Sullivan was appointed to the Board as an independent member; and

**WHEREAS,** in light of the Companies' financial condition, the Board has determined that it is in the best interest of the Companies to formally engage certain professionals to advise the Companies on the restructuring of the Companies, including seeking relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***"), if advisable; and

**WHEREAS,** the Board has reviewed the materials presented by the Companies' financial and other advisors, and the Board has engaged in numerous and extensive discussions (including, without limitation, with management and professional advisors) regarding the Companies' financial condition, including their liabilities and liquidity position, strategic alternatives available to them, and the impact of the foregoing on the Companies' business and operations; and

**WHEREAS,** having considered the advice of financial and other advisors, the Companies and the Board have determined that it is desirable and in the best interests of the Companies and their creditors, employees, and other interested parties that a petition be filed by each Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

## RESOLUTIONS

**RESOLVED,** that the Board has determined, after due consultation with members of the Companies' management and the legal and financial advisors of the Companies, that it is advisable and in the best interests of the Companies and all of their residual claimants, including their creditors and other parties in interest, that the Companies shall be, and hereby are, authorized to file, or cause to be filed, petitions seeking relief under the provisions of chapter 11 of the Bankruptcy Code to commence the chapter 11 cases and any other order that may be desirable under applicable law; and it is further

**RESOLVED,** that each of the Companies' former Chief Executive Officer, the Chief Financial Officer, and the Chief Legal Officer (each an "***Authorized Officer***") on behalf of the Companies be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Companies, to execute and verify petitions pursuant to chapter 11 of the Bankruptcy Code (including any and all plans, schedules, statements, motions, lists, applications, pleadings, orders, and other documents) and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") at such time or in such other jurisdiction as the Authorized Officer executing the petition shall determine; and it is further

**RESOLVED,** that the law firms of Proskauer Rose LLP and Pachulski Stang Ziehl & Jones LLP be, and hereby are, employed as attorneys for the Companies in any such chapter 11 cases, subject to approval of the Bankruptcy Court; and it is further

**RESOLVED**, that the firm FTI Consulting, Inc. be, and hereby is, employed to provide restructuring advisory services to assist the Companies in any such chapter 11 cases, subject to approval of the Bankruptcy Court;

**RESOLVED**, that the firm BofA Securities, Inc. be, and hereby is, employed to provide investment banking services to assist the Companies in any such chapter 11 cases, subject to approval of the Bankruptcy Court; and it is further

**RESOLVED**, that Stretto, Inc. be, and hereby is, employed as claims and noticing agent and administrative agent for the Companies in any such chapter 11 cases, subject to approval of the Bankruptcy Court; and it is further

**RESOLVED**, that in connection with the chapter 11 cases, each Authorized Officer, and such other officers of the Companies as the Authorized Officers shall from time to time designate, be, and each hereby is, authorized and empowered on behalf of and in the name of the Companies, to cause the Companies to take such actions and execute such documents as are necessary to effectuate a Sale or Sales of the assets of the Companies, in a manner determined by the Authorized Officer to represent the best interests of the Companies and its creditors, provided that any Sale or potential Sale of all or a material portion of the assets of the Companies shall be subject to review and consent by the Board; and it is further

**RESOLVED**, that each Authorized Officer be, and each hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Companies' chapter 11 cases, with a view to the successful prosecution of such cases; provided that the retention of professionals in connection with the Companies' chapter 11 cases that are in addition to Proskauer Rose LLP, Pachulski Stang Ziehl & Jones LLP, FTI Consulting, Inc., BofA Securities, Inc., and Stretto, Inc. shall be subject to review and consent by the Board; and it is further

**RESOLVED**, that each Authorized Officer and such other officers of the Companies as the Authorized Officers shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered, and directed, in the name of and on behalf of the Companies, to cause the Companies to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable, to effectuate the successful prosecution of the Companies' chapter 11 cases; provided that each of the foregoing shall be subject to review and consent by the Board with respect to any act or transaction that does not fall within the ordinary course of business of the Companies; and it is further

**RESOLVED**, that each Authorized Officer be, and each hereby is, authorized and empowered, on behalf of and in the name of the Companies, to execute such consents on behalf of the Companies as such Authorized Officer considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and it is further

**RESOLVED**, that each Authorized Officer be, and each hereby is, authorized and empowered, on behalf of and in the name of the Companies, to take such other actions on behalf of the Companies as approved and authorized by the Board; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Officers of the Companies in the name of and on behalf of the Companies in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed, approved and adopted as a duly authorized act of the Companies in all respects and for all purposes.

**Fill in this information to identify the case:**

Debtor name   Off Lease Only LLC, *et al.*

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Spirit Realty | 2727 N. Harwood St<br>Dallas, TX, 75201<br>Ph: (972) 476-1900 | Landlord or Real Property Lease | None | | | $5,624,007.13 |
| 2 | M&E Holdings | 1740 Overseas Highway<br>Marathon, FL, 3305 | Loan | None | | | $5,282,233.45 |
| 3 | Cerberus Technology Solutions | 875 Third Avenue 14th Floor<br>New York, NY, 10022<br>Ph: (212) 891-2100 | Professional Services | None | | | $2,936,615.30 |
| 4 | Cerberus Operations and Advisory Company | 875 Third Avenue 14th Floor<br>New York, NY, 10022<br>Ph: (212) 891-2100 | Professional Services | None | | | $555,763.28 |
| 5 | Dent Wizard | Po Box 7410241<br>Chicago, IL, 60674<br>Ph: (800) 336-8949 | Trade Debts | None | | | $417,980.00 |
| 6 | Google | Po Box 883654<br>Los Angeles, CA, 90088<br>Ph: (650) 253-0000 | Trade Debts | None | | | $311,364.19 |
| 7 | Ownershield | 1900 Firman Drive Suite 700<br>Richardson, TX, 75081<br>Ph: (800) 242-7316 | Trade Debts | None | | | $260,429.90 |
| 8 | Warranty Solutions | 7125 W. Jefferson Ave Ste 200<br>Lakewood, CO, 80235<br>Ph: (800) 828-1392 | Trade Debts | None | | | $236,129.27 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Off Lease Only LLC, *et al*.
Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Shift Operations, LLC | 290 Division St Ste#400 San Francisco, CA 94103 Ph: (562) 600-6990 | Trade Debts | None | | | $236,000.00 |
| 10  Florida Engineering & Development Corp. | 12076 Nw 98th Ave Hialeah Gardens, FL, 33018 Ph: (305) 820-8333 | Trade Debts | None | | | $159,988.50 |
| 11  Classic Norman & Company Inc | 13401 McCormick Drive Tampa, FL, 33626 Ph: (813) 855-8300 | Trade Debts | None | | | $127,152.67 |
| 12  700Credit | P.O. Box 101015 Pasadena, CA 91189 Ph: (866) 273-3848 | Trade Debts | None | | | $75,341.03 |
| 13  Ocean Detailing USA Management | 3112 Jupiter Park Circle Jupiter, FL 33458 Ph: (561) 688-1777 | Trade Debts | None | | | $70,626.66 |
| 14  Cargurus | P.O. Box 419008 Boston, MA, 02241 Ph: (800) 227-4878 | Trade Debts | None | | | $62,400.01 |
| 15  Outfront Media | 185 Us Hwy 46 Fairfield, NJ, 07004 Ph: (973) 575-6900 | Trade Debts | None | | | $61,118.52 |
| 16  De Lage Landen Financial Services, Inc. | P.O. Box 41602 Philadelphia, PA, 19101 Ph: (800) 736-0220 | Trade Debts | None | | | $59,268.28 |
| 17  Carfax Inc. | 16630 Collection Center Drive Chicago, IL, 60693 Ph: (800) 274-2277 | Trade Debts | None | | | $56,988.04 |
| 18  Autozone Inc. | P.O. Box 116067 Atlanta, GA, 30368 Ph: (407) 277-5483 | Trade Debts | None | | | $56,091.10 |
| 19  Axiom Product Administration | 1 Progress Point Parkway O'Fallon, MO, 63368 Ph: (844) 252-0937 | Trade Debts | None | | | $47,522.00 |
| 20  Criteo Corp. | Po Box 392422 Pittsburgh, PA, 15251 Ph: (857) 991-1880 | Trade Debts | None | | | $46,310.08 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| OFF LEASE ONLY LLC, *et al.*,[1] | ) Case No. 23-_____ (___) |
| Debtors. | ) (Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP**
**STATEMENT AND LIST OF EQUITY SECURITY HOLDERS**

Pursuant to Rules 1007(a)(1) and 7001.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "Debtor") hereby state as follows:

1. Debtor Off Lease Only Parent LLC, whose address is 1200 S. Congress Ave., Palm Springs, FL 33406, is 80% owned by Cerberus Off Lease Only LLC, whose address is 875 Third Avenue, 10th Floor, New York, NY, 10022, and 20% owned by M&E OLO Holdings, Inc, whose address is 1740 Overseas Highway Marathon, FL, 33050.

2. Debtor Off Lease Only LLC, whose address is 1200 S. Congress Ave., Palm Springs, FL 33406, is 100% owned by Off Lease Only Parent LLC, whose address is 1200 S. Congress Ave., Palm Springs, FL, 33406.

3. Colo Real Estate Holdings LLC, whose address is 1200 S. Congress Ave., Palm Springs, FL 33406, is 100% owned by Off Lease Only Parent LLC, whose address is 1200 S. Congress Ave., Palm Springs, FL, 33406.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL, 33406.

**Fill in this information to identify the case and this filing:**

Debtor Name __Off Lease Only Parent LLC_____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Consolidated Corporate Ownership Statement; Creditor Matrix__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/07/2023__
MM / DD / YYYY

✘ __/s/ Leland Wilson_____
Signature of individual signing on behalf of debtor

__Leland Wilson_____
Printed name

__Chief Executive Officer_____
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**